1  TODD W. BURNS
   California State Bar No. 194937
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone No. (619) 234-8467
4  Email: Todd_Burns@fd.org

5  Attorneys for Defendant

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10          **(HONORABLE BARBARA L. MAJOR)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0284 |
| 12   Plaintiff, | ) | |
| 13 v. | ) | NOTICE OF APPEARANCE |
| 14 ORLANDO DUARTE-CELESTINO, | ) | |
| 15   Defendant. | ) | |

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Todd W. Burns, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

20                                Respectfully submitted,

22  Dated: February 6, 2008         /s/ *TODD W. BURNS*
                                    Federal Defenders of San Diego, Inc.
23                                  Attorneys for Defendant
                                    Todd Burns@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  February 6, 2008                     /s/ TODD W. BURNS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Todd_Burns@fd.org (email)