1 TODD W. BURNS
California State Bar No. 194937
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone No. (619) 234-8467
4 Email: Todd_Burns@fd.org

5 Attorneys for Mr. Duarte

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 (HONORABLE BARBARA L. MAJOR)

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Criminal No. 08MJ0284-BLM |
| 12  Plaintiff, ) | Date: February 28, 2008<br>Time: 9:00 a.m. |
| 13 v. ) | |
| 14 ORLANDO DUARTE-CELESTINO, ) | **DEFENDANT'S NOTICE OF MOTIONS AND MOTIONS TO SUPPRESS BASED ON MIRANDA VIOLATION, SUPPRESS BASED,** |
| 15  Defendant. ) | **ON ILLEGAL ARREST AND DETENTION, DISMISS BASED ON EIGHTH** |
| 16 ) | **AMENDMENT, AND DISMISS BASED ON SELECTIVE PROSECUTION AND** |
| 17 ) | **OUTRAGEOUS GOVERNMENT CONDUCT** |

19   PLEASE TAKE NOTICE that on Thursday, February 28, 2008, Defendant Orlando Duarte-
20 Celestino, by and through counsel, Todd W. Burns, and Federal Defenders of San Diego, Inc., will ask this
21 Court to enter an order: (1) suppressing statements due to Miranda violation; (2) suppressing evidence, or
22 dismissing, due to illegal arrest and detention; (3) dismissing based on Eighth Amendment (status offense);
23 and (4) dismissing based on selective prosecution and outrageous government conduct.
24 //
25 //
26 //
27 //
28 //

1  These motions are based on all relevant law and facts, and are supported by Mr. Duarte's
2  accompanying memorandum of points and authorities.

3  Respectfully submitted,

5  Dated: February 11, 2008  /s/ TODD W. BURNS
   TODD W. BURNS
6  Federal Defenders of San Diego, Inc.
   Attorneys for Ms. Lexin
7  Todd_Burns@fd.org